UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIRGIL L. KELLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00285-MKK-RLY ) |
| MARTIN O'MALLEY,[1] | ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Defendant. The final decision of the Commissioner in this case is **AFFIRMED**. The Plaintiff's Complaint is dismissed, with each party to bear its own costs.

So ORDERED.

Date: 3/4/2024

*M. Kendra Klump*
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley automatically became the Defendant in this matter when he was sworn in as Commissioner of the Social Security Administration on December 20, 2023, replacing Acting Commissioner of the Social Security Administration Kilolo Kijakazi.